No. 96–1927. CITY OF DALLAS ET AL. *v.* KIRKS ET AL. C. A. 5th Cir. Certiorari denied.

No. 96–1928. LOWER BRULE SIOUX TRIBE *v.* SOUTH DAKOTA. C. A. 8th Cir. Certiorari denied.

No. 96–1929. GREEN *v.* PHILADELPHIA HOUSING AUTHORITY ET AL. C. A. 3d Cir. Certiorari denied.

No. 96–1930. GAREN *v.* SUPREME COURT OF WASHINGTON ET AL. Sup. Ct. Wash. Certiorari denied.

No. 96–1932. MAINIERO *v.* JORDAN, ADMINISTRATOR, WISCONSIN DEPARTMENT OF PROBATION AND PAROLE, ET AL. C. A. 7th Cir. Certiorari denied.

No. 96–1933. E. F., A MINOR, BY AND THROUGH MISSISSIPPI PROTECTION AND ADVOCACY SYSTEM, INC., AS GUARDIAN AD LITEM, ET AL. *v.* SCAFIDI, DIRECTOR, DIVISION OF CHILDREN AND YOUTH SERVICES, DEPARTMENT OF MENTAL HEALTH, ET AL. C. A. 5th Cir. Certiorari denied.

No. 96–1934. BEVERLY HEALTH AND REHABILITATION SERVICES, INC. *v.* FEINSTEIN, GENERAL COUNSEL, NATIONAL LABOR RELATIONS BOARD. C. A. D. C. Cir. Certiorari denied.

No. 96–1935. SPIEGEL *v.* CITY OF CHICAGO ET AL. C. A. 7th Cir. Certiorari denied.

No. 96–1937. JACKSON SQUARE ASSOCIATES *v.* DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, BUFFALO OFFICE-REGION II. C. A. 2d Cir. Certiorari denied.

No. 96–1938. WESBANCO BANK BARNESVILLE, FKA FIRST NATIONAL BANK OF BARNESVILLE *v.* CUSTOMER CREDITORS. C. A. 6th Cir. Certiorari denied.

No. 96–1939. NORTON *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 96–1940. JAQUES ADMIRALTY LAW FIRM *v.* ACANDS, INC., ET AL. C. A. 9th Cir. Certiorari denied.